**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DISH TECHNOLOGIES L.L.C. and SLING TV L.L.C.

*Plaintiffs*,

v.

BEACHBODY, LLC d/b/a BODi

*Defendant*.

**C.A. No. 23-987-GBW**

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

Before the Court is the Notice of Voluntary Dismissal without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (the "Notice") filed by Plaintiffs DISH Technologies L.L.C and Sling TV L.L.C. (collectively, "Plaintiffs"). Pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action against Defendant Beachbody, LLC d/b/a BODi, in the above-captioned case are DISMISSED WITHOUT PREJUDICE. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of the Court is directed to CLOSE the above-captioned case.

**IT IS SO ORDERED.**

Dated: April 22, 2024

United States District Judge